UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GENESEE COUNTY 9-1-1 CONSORTIUM,

    Plaintiff,

v.                                  Case No.:

TYLER TECHNOLOGIES, INC.,

    Defendant.
_____/

**LIST OF EXHIBITS FOR NOTICE OF REMOVAL**

| **EXHIBIT** | **DESCRIPTION** |
|---|---|
| 1 | Summons and Complaint |
| 2 | Notice to Adverse Party of Removal to Federal Court |

49062884.1

Dated:  August 15, 2023                HONIGMAN LLP

By: /s/ Raechel T.X. Conyers
    Raechel T.X. Conyers (P80156)
    2290 First National Building
    660 Woodward Avenue
    Detroit, Michigan 48226-3506
    Telephone: (313) 465-8174
    Facsimile: (313) 465-8175
    E-mail:  rconyers@honigman.com

**K&L GATES LLP**
Beth W. Petronio (TX #00797664)
(*pro hac vice* application forthcoming)
1717 Main Street, Suite 2800
Dallas, TX 75201
Telephone: (214) 939-5500
Fax: (214) 939-5849
E-mail: beth.petronio@klgates.com

**ATTORNEYS FOR DEFENDANT TYLER TECHNOLOGIES, INC.**

### CERTIFICATE OF SERVICE

I hereby certify that on August 15, 2023, I electronically filed the foregoing paper(s) with the Clerk of the Court using the ECF system, which will send

2

49062884.1

notification of such filing to all counsel of record.  Copies of the same have been sent via e-mail and First-Class mail to Plaintiff's counsel.

/s/ Raechel T.X. Conyers
Raechel T.X. Conyers (P80156)
rconyers@honigman.com

49062884.1