# EXHIBIT 2

STATE OF MICHIGAN

IN THE CIRCUIT COURT FOR THE COUNTY OF GENESEE

GENESEE COUNTY 9-1-1 CONSORTIUM,

    Plaintiff,

v.                                                       Case No. 23-119318-CK
                                                         Hon. Celeste D. Bell

TYLER TECHNOLOGIES, INC.,

    Defendant.
_____

**NOTICE TO ADVERSE PARTY**
**OF REMOVAL TO FEDERAL COURT**

To:  Clerk of the Court                    Anthony K. Chubb, Esq.
       Circuit Court for the County      Attorney for Plaintiff
       of Genesee                            Giarmarco, Mullins & Horton, PC
                                                    101 West Big Beaver Road, 10th Floor
                                                    Troy, Michigan 48084-5280
                                                    schubb@gmhlaw.com

      **PLEASE TAKE NOTICE** that Defendant Tyler Technologies, Inc. filed a Notice of Removal of this action in the United States District Court for the Eastern District of Michigan on August 15, 2023.  Copies of the Notice of Removal, the Index to Exhibits, Exhibits, and the Federal Rule of Civil Procedure 7.1 Disclosure Statement, filed with the Notice of Removal, are attached as **Exhibit A** to this Notice.

49060355.1

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 28 U.S.C. § 1446(d), the filing of the Notice of Removal in the United States District Court, together with the filing of this Notice, results in the removal of this action to Federal Court and deprives this Court of jurisdiction to proceed any further in this case.

Dated:  August 16, 2023	HONIGMAN LLP

By: */s/ Raechel T.X. Conyers*
    Raechel T.X. Conyers (P80156)
    2290 First National Building
    660 Woodward Avenue
    Detroit, Michigan 48226-3506
    Telephone: (313) 465-8174
    Facsimile: (313) 465-8175
    E-mail:  rconyers@honigman.com

**K&L GATES LLP**
Beth W. Petronio (TX #00797664)
(*pro hac vice* application forthcoming)
1717 Main Street, Suite 2800
Dallas, TX 75201
Telephone: (214) 939-5500
Fax: (214) 939-5849
E-mail: beth.petronio@klgates.com

**ATTORNEYS FOR DEFENDANT TYLER TECHNOLOGIES, INC.**

49060355.1