**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

GENESEE COUNTY 9-1-1 CONSORTIUM,

    Plaintiff,

v.                                      Case No.:

TYLER TECHNOLOGIES, INC.,

    Defendant.

_____/

## DEFENDANT TYLER TECHNOLOGIES, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Tyler Technologies, Inc. by its attorneys, K&L Gates LLP hereby discloses and certifies as follows:

Tyler Technologies, Inc. has no parent corporation. The only publicly-held company currently owning more than 10% of Tyler's outstanding stock is as follows:

    The Vanguard Group
    100 Vanguard Blvd.
    Malvern, PA 19355.

Tyler Technologies, Inc. acknowledges that it is obligated to promptly file a supplemental statement upon any change in the information that this statement requires.

Dated: August 15, 2023    HONIGMAN LLP

By: /s/ Raechel T.X. Conyers
　　Raechel T.X. Conyers (P80156)
　　2290 First National Building
　　660 Woodward Avenue
　　Detroit, Michigan 48226-3506
　　Telephone: (313) 465-8174
　　Facsimile: (313) 465-8175
　　E-mail: rconyers@honigman.com

**K&L GATES LLP**
Beth W. Petronio (TX #00797664)
(*pro hac vice* application forthcoming)
1717 Main Street, Suite 2800
Dallas, TX 75201
Telephone: (214) 939-5500
Fax: (214) 939-5849
E-mail: beth.petronio@klgates.com

**ATTORNEYS FOR DEFENDANT TYLER TECHNOLOGIES, INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2023, I electronically filed the foregoing paper(s) with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record. Copies of the same have been sent via e-mail and First-Class mail to Plaintiff's counsel.

/s/ Raechel T.X. Conyers
Raechel T.X. Conyers (P80156)
rconyers@honigman.com