IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**GENESEE COUNTY 9-1-1- CONSORTIUM**,

    Plaintiff,

v

    Case No. 2:23-cv-12104
    Hon. Linda V. Parker
    Mag. Judge Kimberly G. Altman

**TYLER TECHNOLOGIES, INC.,**
a Delaware corporation,

    Defendant.

| | |
|---|---|
| ANTHONY K. CHUBB (P72608) | RAECHEL T.X. CONYERS (P80156) |
| CHRISTOPHER D. MESSING (P78900) | Attorney for Defendant |
| Attorneys for Plaintiff | HONIGMAN LLP |
| GIARMARCO, MULLINS & HORTON PC | 2290 First National Building |
| 101 W. Big Beaver Road, 10th Floor | 660 Woodward Avenue |
| Troy, MI 48084 | Detroit, MI 48226-3506 |
| (248) 457-7000; Fax: (248) 457-7001 | (313) 465-8174; Fax: (313) 465-8175 |
| achubb@gmhlaw.com | rconyers@honigman.com |
| cmessing@gmhlaw.com | |

## APPEARANCE

    PLEASE ENTER MY APPEARANCE as counsel for Plaintiff, GENESEE COUNTY 9-1-1 CONSORTIUM, with regard to the above-captioned matter.

    GIARMARCO, MULLINS & HORTON, P.C.

    By:  */s/ Anthony K. Chubb*
         ANTHONY K. CHUBB (P72608)
         Attorneys for Plaintiff
         101 West Big Beaver Road, 10th Floor
         Troy, MI 48084
         (248) 457-7054; Fax: (248) 404-6334
         achubb@gmhlaw.com

Dated:  August 16, 2023

## **CERTIFICATE OF ELECTRONIC SERVICE**

ANTHONY K. CHUBB states that on August 16, 2023, he did serve a copy of his Appearance via electronic transmission on the aforementioned date.

**GIARMARCO, MULLINS & HORTON, PC**

*/s/ Anthony K. Chubb*
ANTHONY K. CHUBB