UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

GENESEE COUNTY 9-1-1 CONSORTIUM

        Plaintiff(s),        Case No. 2:23-cv-12104

v.        Linda V. Parker

TYLER TECHNOLOGIES, INC.        Kimberly G. Altman

        Defendant(s).

_____/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4,   GENESEE COUNTY 9-1-1 CONSORTIUM

makes the following disclosure:   *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☐   No ☑

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name:
   Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐   No ☑

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name:
   Nature of Financial Interest:

Date:  August 16, 2023        /s/  Anthony K. Chubb

        Attorney for Plaintiff
        Giarmarco, Mullins & Horton, P.C.
        101 W. Big Beaver Road, 10th Floor
        Troy, MI 48084
        (248) 457-7054; F: (248) 404-6334
        achubb@gmhlaw.com
        (P72608)