UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GENESEE COUNTY 9-1-1 CONSORTIUM,

        Plaintiff,                          Case No. 23-12104

vs.                                        HON. LINDA V. PARKER

TYLER TECHNOLOGIES, INCORPORATED,

        Defendant.
_____/

## ORDER REGARDING REMOVAL

      This matter was removed to this Court on August 15, 2023.  <u>See</u> Notice of Removal (Dkt. 1).  Within five (5) days of today's date, the parties shall file with this Court — as separate docket entries — all answers, amended pleadings, responsive pleadings, pending motions, and responses/replies to those motions <u>that were originally filed in state court.</u>  The Court generally will not consider any unresolved motions pending in state court at the time of removal unless they have been re-filed on this Court's docket.  The same is true for any responses or replies that had been filed in state court in connection with motions not yet resolved at the time of removal.  Each party is responsible for the docketing of its own documents with this Court.  Please review the Court's practice guidelines on courtesy copies.

To the extent briefing has not been completed on a pending motion at the time of removal, the briefing schedule set forth in Local Rule 7.1(e) applies upon docketing with this Court, unless the Court orders otherwise.

**IT IS SO ORDERED.**

s/ Linda V. Parker
LINDA V. PARKER
UNITED STATES DISTRICT JUDGE

Dated: August 17, 2023

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, August 17, 2023, by electronic and/or U.S. First Class mail.

s/ A. Flanigan
Case Manager