UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GENESEE COUNTY 9-1-1 CONSORTIUM,

    Plaintiff,

v.                                            Case No.: 2:23-cv-12104-LVP-KGA

TYLER TECHNOLOGIES, INC.,

    Defendant.
_____/

## JOINT STIPULATED ORDER
## EXTENDING DEADLINE FOR RESPONSE TO COMPLAINT

1.    On July 25, 2023, Plaintiff Genesee County 9-1-1- Consortium ("Genesee" or "Plaintiff") filed an verified complaint for money damages and demand for trial by jury (the "Complaint") against Tyler Technologies, Inc. ("Tyler") in the Genesee County, Michigan, state court, titled *Genesee County 9-1-1- Consortium vs. Tyler Technologies, Inc.*

2.    Plaintiff served Tyler with a copy of Summons and Complaint on July 27, 2023.

3.    On August 15, 2023, Tyler removed this matter to the United States District Court of the Eastern District of Michigan, Southern Division.

4.    Pursuant to Federal Rule of Civil Procedure 81, Tyler's deadline to answer or otherwise respond to the Complaint is currently August 22, 2023.

49116483.1

5.      Genesee and Tyler jointly desire to engage in mediation in an effort to resolve this matter without the need for further litigation.

6.      The parties have agreed and hereby stipulate that, pending the parties' good faith efforts to mediate, Tyler's deadline for responding to the Complaint shall be extended to no later than October 16, 2023.

**IT IS HEREBY ORDERED** that the deadline for Tyler to file a Response to Plaintiff's Complaint is October 16, 2023.

**IT IS SO ORDERED.**

                        s/ Linda V. Parker
                        LINDA V. PARKER
                        U.S. DISTRICT JUDGE

Dated: August 22, 2023

**AGREED AS TO FORM AND SUBSTANCE**

GIARMARCO, MULLINS & HORTON, PC

By: */s/ Anthony K. Chubb (w/consent)*
    10th Floor
    101 West Big Beaver Road
    Troy, Michigan 48084-5280
    Telephone: (248) 457-7054
    E-mail: schubb@gmhlaw.com

*Attorneys for Plaintiff Genesee County 9-1-1- Consortium*

HONIGMAN LLP

By: */s/ Raechel T.X. Conyers*
    2290 First National Building
    660 Woodward Avenue
    Detroit, Michigan 48226-3506
    Telephone: (313) 465-8174
    Facsimile: (313) 465-8175
    E-mail: rconyers@honigman.com

49116483.1

                                            **K&L GATES LLP**
Beth W. Petronio (TX #00797664)
(*pro hac vice* application forthcoming)
1717 Main Street, Suite 2800
Dallas, TX 75201
Telephone: (214) 939-5500
Fax: (214) 939-5849
E-mail: beth.petronio@klgates.com

*Attorneys for Defendant Tyler Technologies, Inc.*

49116483.1