**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

GENESEE COUNTY 9-1-1 CONSORTIUM,

Plaintiff,

v. Case No.: 2:23-cv-12104-LVP-KGA

TYLER TECHNOLOGIES, INC.,

Defendant.
______________________________________________/

**JOINT STIPULATION AND ORDER**
**STAYING ACTION FOR NINETY (90) DAYS AND EXTENDING DEADLINE FOR RESPONSE TO COMPLAINT**

1. On October 10, 2023, Plaintiff Genesee County 9-1-1- Consortium ("Genesee" or "Plaintiff") and Defendant Tyler Technologies, Inc. ("Tyler") or collectively (the "Parties") attended mediation with Judge Lita M. Popke (Ret.).

2. During mediation, the Parties made progress toward reaching a resolution of this matter, but need additional time to complete negotiations.

3. Therefore, the Parties desire to stay this action for ninety (90) days to afford them an opportunity to resolve this lawsuit.

4. The Parties agree that that a successful mediation would require no further activity occur in this case pending mediation.

5. The Parties have agreed and hereby stipulate that, pending the parties' good faith efforts to mediate, this case shall be stayed for ninety (90) days and Tyler's response date extended to January 16, 2024.

6. The Parties therefore respectfully request that the Court stay this action and extend Tyler's deadline for responding to the Complaint to no later than January 16, 2024.

**IT IS HEREBY ORDERED** that the deadline for Tyler to file a Response to Plaintiff's Complaint is January 16, 2024.

**IT IS SO ORDERED.**

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: October 12, 2023

**AGREED AS TO FORM AND SUBSTANCE:**

GIARMARCO, MULLINS & HORTON, PC

By: *[/s/ Anthony K. Chubb (w/permission)]*
10th Floor
101 West Big Beaver Road
Troy, Michigan 48084-5280
Telephone: (248) 457-7054
E-mail: schubb@gmhlaw.com

***Attorneys for Plaintiff Genesee County 9-1-1- Consortium***

HONIGMAN LLP

By: */s/ Raechel T.X. Conyers*
2290 First National Building
660 Woodward Avenue
Detroit, Michigan 48226-3506
Telephone: (313) 465-8174
Facsimile: (313) 465-8175
E-mail: rconyers@honigman.com

**K&L GATES LLP**
Beth W. Petronio (TX #00797664)

(*pro hac vice* application forthcoming)
1717 Main Street, Suite 2800
Dallas, TX 75201
Telephone: (214) 939-5500
Fax: (214) 939-5849
E-mail: beth.petronio@klgates.com

***Attorneys for Defendant Tyler Technologies, Inc.***