IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**GENESEE COUNTY 9-1-1- CONSORTIUM**,

    Plaintiff,

v

**TYLER TECHNOLOGIES, INC.,**
a Delaware corporation,

    Defendant.

Case No. 2:23-cv-12104
Hon. Linda V. Parker
Mag. Judge Kimberly G. Altman

| ANTHONY K. CHUBB (P72608) | RAECHEL T.X. CONYERS (P80156) |
|---|---|
| CHRISTOPHER D. MESSING (P78900) | Attorney for Defendant |
| Attorneys for Plaintiff | HONIGMAN LLP |
| GIARMARCO, MULLINS & HORTON PC | 2290 First National Building |
| 101 W. Big Beaver Road, 10th Floor | 660 Woodward Avenue |
| Troy, MI 48084 | Detroit, MI 48226-3506 |
| (248) 457-7000; Fax: (248) 457-7001 | (313) 465-8174; Fax: (313) 465-8175 |
| achubb@gmhlaw.com | rconyers@honigman.com |
| cmessing@gmhlaw.com | |

## STIPULATED ORDER OF DISMISSAL

Counsel for the parties having so stipulated as evidenced below, and the Court being otherwise duly advised,

IT IS HEREBY ORDERED that the above-captioned cause of action is DISMISSED with prejudice, and without an award of costs or attorney fees to any party.

This Order resolves all pending claims in the above-captioned matter and closes this case.

**SO ORDERED.**

s/ Linda V. Parker<br>
LINDA V. PARKER<br>
U.S. DISTRICT JUDGE

Dated: January 24, 2024

I HEREBY STIPULATE TO ENTRY
OF THE ABOVE ORDER:

/s/CHRISTOPHER D. MESSING (P78900)
Attorney for Plaintiff

/s/RAECHEL T.X. CONYERS (P80156)
Attorney for Defendant